**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **INNER CIRCLE 1223, LLC,** | Case No. 19-00404-SMT |
| Debtor. | Chapter 11 |

**ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE**

Upon consideration of the United States Trustee's Motion to Dismiss Chapter 11 Case on Agreed Order, the parties having by counsel indicated their consent by their signatures below, it is hereby

ORDERED that the motion of the United States Trustee is granted and this case is DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

[Signed and Dated Above.]

**[END OF ORDER]**

| **I ask for this:** | **Seen and agreed:** |
|---|---|
| /s/ Joseph A. Guzinski | /s/ Richard L. Gilman |
| Joseph A. Guzinski | Richard L. Gilman |
| Assistant United States Trustee | Gilman & Edwards, LLC |
| 1725 Duke St., Suite 650 | 8401 Corporate Drive |
| Alexandria, VA  22314 | Suite 450 |
| (703) 557-7274 | Landover, MD 20785 |
| joseph.a.guzinski@usdoj.gov | 301-731-3303 |
|  | Fax : 301-731-3072 |
|  | goodlawyers@gilmanedwards.com |
| *Counsel for the U.S. Trustee* | *Counsel for the Debtor and Debtor in Possession* |

Copies to

Inner Circle 1223, LLC
1223 Connecticut Avenue, NW
Washington, DC 20036
*Debtor and Debtor in Possession*

Richard L. Gilman
Gilman & Edwards, LLC
8401 Corporate Drive
Suite 450
Landover, MD 20785
*Counsel for Debtor and
    Debtor in Possession*

Joseph A. Guzinski
Asst. U. S. Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the United States Trustee*